GERTRUDE SPECHT, Respondent, v. WILLIAM SPECHT, Appellant.— Order granting plaintiff's motion to punish defendant for contempt in failing to make

the payments required by the final decree, and denying defendant's motion to amend the final decree *nunc pro tunc*, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.